UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Terrance D Brantley

Case No.: 19-29884-BEH

Debtor

Chapter: 13

## AFFIDAVIT AND REQUEST FOR RELEASE OF UNCLAIMED FUNDS

I, Terrance Brantley, the debtor in the captioned case, being duly sworn, respectfully states and requests the following:

1. Debtor was entitled to receive and the trustee did, in fact, make a distribution from the estate to the Debtor in the amount of $707.62.

2. Ninety days after the final distribution of the assets of the estate, the distribution to the Debtor had not been negotiated and the unclaimed funds were paid into the court pursuant to 11 U.S.C. Section 347.

3. Document # 45 is enclosed as proof of Debtors' right to the unclaimed funds.

4. The Debtor requests that the Court issue an order directing payment of the unclaimed funds in the amount of $707.62 to the Debtor pursuant to 28 U.S.C. Section 2042.

Dated this 18th day of Feb, 2023.

_____
Terrance Brantley

Prepared by: Terrance Brantley

Sworn and subscribed to before me
this 18 day of February 2023.

Notary Public

State of Wisconsin, County of Milwaukee
Sworn and subscribed to before me this 18 day of
February, 2023
Elyzabeth Benitez Rivera, Notary Public
My commission expires 12/07/2026

ELYZABETH BENITEZ RIVERA
Notary Public
State of Wisconsin

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Terrance D Brantley

Case No.: 19-29884

Debtor

Chapter: 13

**CERTIFICATE OF SERVICE**

NOTICE IS HEREBY GIVEN that on 2/28/2023,
I deposited in the Post Office in the City of Milwaukee, State of WI.
Securely enclosed in a sealed envelope, a true and correct copy of:

Affidavit and Request for Release of Unclaimed Funds

To:
United States Attorney
Attention: Susan M. Knepel
Eastern District of Wisconsin
Room 530, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

United States Bankruptcy Court
Eastern District of Wisconsin
Room 126, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dated: 2/26/23

Signature

Printed Name  Terrance Brantley

# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

January 11, 2023

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: TERRANCE D. BRANTLEY
    Case No. 19-29884-BEH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1673380 in the amount of $707.62. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:    1666639

Original Payee:    Terrance D. Brantley
    4340 W. Loomis Rd. Apt. #38
    *****Need Address*****
    Greenfield, WI 53220-

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file

Do Not Write On



{19-29884} BRANTLEY

# U.S. Courts Unclaimed Funds Locator



Court / ALL

| Case Number | 19-29884 | Page Total | $707.62 |
| --- | --- | --- | --- |
| Last/Business Name | Brantley | First Name | Terrance |

Creditors | 1

| | Court | Creditor Name | Amount |
| --- | --- | --- | --- |
| | WIEB | Terrance D. Brantley | $707.62 |

TERRANCE D BRANTLEY
5634 W OKLAHOMA AVE APT 228
MILWAUKEE WI 53219

WED 01 MAR 2023
WYAZ PDC 850 ZIP

U. S. BANKRUPTCY COURT
EASTERN DIST OF WI
Room 126, Federal Courthouse
317 East Wisconsin Avenue
Milwaukee WI 53202

