United States Bankruptcy Court
Eastern District of Wisconsin

| | |
|---|---|
| In re: | Case No. 19-29884-beh |
| Terrance D. Brantley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0757-2  User: adkt  Page 1 of 2
Date Rcvd: Mar 06, 2023  Form ID: pdf9  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| smg | + United States Attorney, Attention, Michael Carter, Room 530 Federal Courthouse, 517 E. Wisconsin Avenue, Milwaukee, WI 53202-4500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold F. Lueders, III | on behalf of Debtor Terrance D. Brantley ecf1.creditsolutions@gmail.com creditsolutions@iamthewolf.com;attorneybrett@ecf.inforuptcy.com;r41297@notify.bestcase.com;attorneybrett@gmail.com;CreditSolutions@jubileebk.net |
| Mark C. Darnieder | on behalf of Creditor Marine Credit Union mark@dwdglaw.com |
| Mark Charles Darnieder, Jr | on behalf of Creditor Marine Credit Union mcdjr@dwdglaw.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Scott Lieske | on behalf of Trustee Scott Lieske ecf@chapter13milwaukee.com  SLWI_ECF@trustee13.com |

Scott Lieske
              ecf@chapter13milwaukee.com SLWI_ECF@trustee13.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Terrance D Brantley

Case No.: 19-29884-BEH

Debtor

Chapter: 13

### AFFIDAVIT AND REQUEST FOR RELEASE OF UNCLAIMED FUNDS

I, Terrance Brantley, the debtor in the captioned case, being duly sworn, respectfully states and requests the following:

1. Debtor was entitled to receive and the trustee did, in fact, make a distribution from the estate to the Debtor in the amount of $707.62.

2. Ninety days after the final distribution of the assets of the estate, the distribution to the Debtor had not been negotiated and the unclaimed funds were paid into the court pursuant to 11 U.S.C. Section 347.

3. Document # 45 is enclosed as proof of Debtors' right to the unclaimed funds.

4. The Debtor requests that the Court issue an order directing payment of the unclaimed funds in the amount of $707.62 to the Debtor pursuant to 28 U.S.C. Section 2042.

Dated this 18th day of Feb, 2023.

_____
Terrance Brantley

Prepared by: Terrance Brantley

Sworn and subscribed to before me this 18 day of February, 2023.

Notary Public

State of Wisconsin, County of Milwaukee
Sworn and subscribed to before me this 18 day of February, 20 23
_____ Notary Public
My commission expires 12/07/2026

ELYZABETH BENITEZ RIVERA
Notary Public
State of Wisconsin

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Terrance D Brantley

Case No.: 19-29884

Debtor

Chapter: 13

## CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that on 2/28/2023, I deposited in the Post Office in the City of Milwaukee, State of WI Securely enclosed in a sealed envelope, a true and correct copy of:

Affidavit and Request for Release of Unclaimed Funds

To: United States Attorney
Attention: Susan M. Knepel
Eastern District of Wisconsin
Room 530, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

United States Bankruptcy Court
Eastern District of Wisconsin
Room 126, Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dated: 2/26/23

_____
Signature

Printed Name   Terrance Brantley

# Scott Lieske

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
www.chapter13Milwaukee.com

P. O. Box 510920  
Milwaukee, WI 53203  
info@chapter13milwaukee.com

January 11, 2023

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: TERRANCE D. BRANTLEY
     Case No. 19-29884-BEH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1673380 in the amount of $707.62. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:     1666639

Original Payee:    Terrance D. Brantley
                   4340 W. Loomis Rd. Apt. #38
                   *****Need Address*****
                   Greenfield, WI  53220-

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file

Do Not Write On

{19-29884} BRANTLEY

# U.S. Courts Unclaimed Funds Locator



Court / ALL

| Case Number | 19-29884 | Page Total | $707.62 |
|---|---|---|---|
| Last/Business Name | Brantley | First Name | Terrance |

Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| | WIEB | Terrance D. Brantley | $707.62 |

TERRANCE D BRANTLEY
5634 W OKLAHOMA AVE APT 228
MILWAUKEE WI 53219

WED 01 MAR 2023
WI 532 PM 2 W

U. S. BANKRUPTCY COURT
EASTERN DIST OF WI
Room 126, Federal Courthouse
317 East Wisconsin Avenue
Milwaukee WI 53202

